```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                              Case No. 20-00774-HWV
Monica Lafrances Altamura                                           Chapter 13
        Debtor                   CERTIFICATE OF NOTICE
District/off: 0314-1        User: AutoDocke          Page 1 of 1           Date Rcvd: May 11, 2020
                            Form ID: ntcnfhrg        Total Noticed: 17
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 13, 2020.
```
db              +Monica Lafrances Altamura,    959 Brechin Ln,    York, PA 17403-9037
cr              +Regents Glen Community Association,    1720 S. Queen St.,    Suite 130,    York, PA 17403-4632
5307325          Department of Revenue,    1 Revenue Place,    Harrisburg, PA 17129-0001
5326794         +PennyMac Loan Services, LLC,    P.O. Box 2410,    Moorpark, CA 93020-2410
5307328         +Pennymac Loan Services,    P.O. Box 514387,    Los Angeles, CA 90051-4387
5312008         +Regents Glen Community Association,    1720 S. Queen St. #130,    York, PA 17403-4632
5307329         +Regents Glen HOA,    c/o CGA,    135 N. George Street,    York, PA 17401-1135
5307330         +Stonebridge HOA,    c/o CGA law firm,    135 N. George Street,    York, PA 17401-1132
5312042         +Stonegate at Regents Glen Homeowners Association,     1720 S. Queen St., #130,
                  York, PA 17403-4632
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 11 2020 20:16:45
                  PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5319212          E-mail/Text: ebnnotifications@creditacceptance.com May 11 2020 20:12:31       Credit Acceptance,
                  25505 W 12 Mile Rd,    Southfield, MI 48034
5307326         +E-mail/PDF: pa_dc_ed@navient.com May 11 2020 20:17:07      Dept of Ed / Navient,    Claims,
                  PO Box 9635,    Wilkes Barre, PA 18773-9635
5307327          E-mail/Text: sbse.cio.bnc.mail@irs.gov May 11 2020 20:12:43       Internal Revenue Service,
                  Centralized Insolvency Operation,    Post Office Box 7346,    Philadelphia, PA 19101-7346
5310187         +E-mail/Text: GUARBKe-courtdocs@ascendiumeducation.org May 11 2020 20:12:27
                  Navient Solutions, LLC on behalf of,    Ascendium Education Solutions, Inc.,    PO Box 8961,
                  Madison, WI 53708-8961
5307381         +E-mail/PDF: gecsedi@recoverycorp.com May 11 2020 20:16:40      Synchrony Bank,
                  c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5309220          E-mail/PDF: OGCRegionIIIBankruptcy@hud.gov May 11 2020 20:17:30
                  U.S. Department of Housing and Urban Development,    The Wanamaker Building,
                  100 Penn Square East, 11th Floor,    Philadelphia, PA 19107-3380
5307331         +E-mail/Text: kcm@yatb.com May 11 2020 20:12:32      York Adams Tax Bureau,    PO BOX 15627,
                  York, PA 17405-0156
                                                                                                TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +Stonegate at Regents Glen Homeowners Association,     1720 S. Queen St. #130,
                  York, PA 17403-4632
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 11, 2020 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Dawn Marie Cutaia    on behalf of Debtor 1 Monica Lafrances Altamura dmcutaia@gmail.com,
               cutaialawecf@gmail.com;3479@notices.nextchapterbk.com;r46159@notify.bestcase.com
              Elizabeth Haley Rohrbaugh    on behalf of Creditor    Stonegate at Regents Glen Homeowners
               Association hrohrbaugh@cgalaw.com,    kbrayboy@cgalaw.com,rminello@cgalaw.com,tlocondro@cgalaw.com,
               jrosenau@cgalaw.com
              Elizabeth Haley Rohrbaugh    on behalf of Creditor    Regents Glen Community Association
               hrohrbaugh@cgalaw.com,    kbrayboy@cgalaw.com,rminello@cgalaw.com,tlocondro@cgalaw.com,
               jrosenau@cgalaw.com
              James Warmbrodt    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 6
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Monica Lafrances Altamura,

**Debtor 1**

Chapter 13

Case No. 1:20–bk–00774–HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**June 17, 2020** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court The hearing will be held telephonically, using CourtCall. Please contact them, at 866–582–6878, no later than 24 hours, before your hearing. | Date: June 24, 2020<br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: KarenDavis, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: May 11, 2020 |

ntcnfhrg (03/18)