# UNITED STATES BANKRUPTCY COURT FOR
# THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| MONICA LAFRANCES ALTAMURA, | : | |
| Debtor | : | CASE NO. 1:20-bk-00774-HWV |

## MOTION TO RECONSIDER ORDER DISMISSING CASE

**AND NOW**, this 16th day of July, 2020, the Debtor, by and through her attorney, Dawn M. Cutaia, files this Motion to Reconsider Order Dismissing Case and in support thereof states the following:

1. Debtor filed a Chapter 13 bankruptcy on February 29, 2020.
2. Debtor filed an application to pay the filing fee in installments, which was granted on March 3, 2020.
3. Debtor's filing fee was due by June 28, 2020.
4. Debtor forgot to send in her filing fee and her case was dismissed on July 14, 2020.
5. Debtor paid her filing fee in the amount of $310.00 on July 14, 2020.

**WHEREFORE**, the Debtor respectfully requests this Honorable Court reconsider its Order of July 14, 2020, dismissing her case and reinstate her case.

Respectfully Submitted:

/s/ Dawn M. Cutaia
Attorney for Debtor
Supreme Court ID 77965
Pugh & Cutaia, PLLC
115 East Philadelphia Street
York, PA 17401
717-304-1841
cutaialaw@gmail.com

UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| MONICA LAFRANCES ALTAMURA, | : | |
| Debtor | : | CASE NO. 1:20-bk-00774-HWV |

## ORDER REINSTATING CASE

**AND NOW**, upon consideration of Debtor's Motion to Reconsider Order Dismissing Case, said Motion is hereby granted and upon Receipt of Debtor's Filing Fee, Debtor's case is reinstated.