```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                    Case No. 20-00774-HWV
Monica Lafrances Altamura                                 Chapter 13
          Debtor             CERTIFICATE OF NOTICE
District/off: 0314-1          User: AutoDocke             Page 1 of 1                  Date Rcvd: Jul 14, 2020
                              Form ID: ordsmiss           Total Noticed: 17
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2020.

```
db           +Monica Lafrances Altamura,   959 Brechin Ln,   York, PA 17403-9037
cr           +Regents Glen Community Association,   1720 S. Queen St.,   Suite 130,   York, PA 17403-4632
5307325       Department of Revenue,   1 Revenue Place,   Harrisburg, PA 17129-0001
5326794      +PennyMac Loan Services, LLC,   P.O. Box 2410,   Moorpark, CA 93020-2410
5307328      +Pennymac Loan Services,   P.O. Box 514387,   Los Angeles, CA 90051-4387
5312008      +Regents Glen Community Association,   1720 S. Queen St. #130,   York, PA 17403-4632
5307329      +Regents Glen HOA,   c/o CGA,   135 N. George Street,   York, PA 17401-1135
5307330      +Stonebridge HOA,   c/o CGA law firm,   135 N. George Street,   York, PA 17401-1132
5312042      +Stonegate at Regents Glen Homeowners Association,   1720 S. Queen St., #130,
              York, PA 17403-4632
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
cr           +EDI: PRA.COM Jul 14 2020 23:53:00      PRA Receivables Management, LLC,   PO Box 41021,
              Norfolk, VA 23541-1021
5319212       E-mail/Text: ebnnotifications@creditacceptance.com Jul 14 2020 20:20:24      Credit Acceptance,
              25505 W 12 Mile Rd,   Southfield, MI 48034
5307326      +EDI: NAVIENTFKASMDOE.COM Jul 14 2020 23:53:00      Dept of Ed / Navient,   Claims,   PO Box 9635,
              Wilkes Barre, PA 18773-9635
5307327       EDI: IRS.COM Jul 14 2020 23:53:00      Internal Revenue Service,
              Centralized Insolvency Operation,   Post Office Box 7346,   Philadelphia, PA 19101-7346
5310187      +E-mail/Text: GUARBKe-courtdocs@ascendiumeducation.org Jul 14 2020 20:20:21
              Navient Solutions, LLC on behalf of,   Ascendium Education Solutions, Inc.,   PO Box 8961,
              Madison, WI 53708-8961
5307381      +EDI: RMSC.COM Jul 14 2020 23:53:00      Synchrony Bank,   c/o PRA Receivables Management, LLC,
              PO Box 41021,   Norfolk, VA 23541-1021
5309220       E-mail/PDF: OGCRegionIIIBankruptcy@hud.gov Jul 14 2020 20:29:25
              U.S. Department of Housing and Urban Development,   The Wanamaker Building,
              100 Penn Square East, 11th Floor,   Philadelphia, PA 19107-3380
5307331      +E-mail/Text: kcm@yatb.com Jul 14 2020 20:20:25      York Adams Tax Bureau,   PO BOX 15627,
              York, PA 17405-0156
                                                                                             TOTAL: 8
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +Stonegate at Regents Glen Homeowners Association,   1720 S. Queen St. #130,
              York, PA 17403-4632
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2020 at the address(es) listed below:

```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Dawn Marie Cutaia    on behalf of Debtor 1 Monica Lafrances Altamura dmcutaia@gmail.com,
               cutaialawecf@gmail.com;3479@notices.nextchapterbk.com;r46159@notify.bestcase.com
              Elizabeth Haley Rohrbaugh    on behalf of Creditor    Stonegate at Regents Glen Homeowners
               Association hrohrbaugh@cgalaw.com,  kbrayboy@cgalaw.com,rminello@cgalaw.com,tlocondro@cgalaw.com,
               jrosenau@cgalaw.com
              Elizabeth Haley Rohrbaugh    on behalf of Creditor    Regents Glen Community Association
               hrohrbaugh@cgalaw.com,  kbrayboy@cgalaw.com,rminello@cgalaw.com,tlocondro@cgalaw.com,
               jrosenau@cgalaw.com
              James   Warmbrodt    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Monica Lafrances Altamura,            Chapter     13

    **Debtor 1**

Case No.     1:20–bk–00774–HWV

### Order

   **IT IS ORDERED** that the case is hereby dismissed as to Debtor 1 for failure to comply with Order dated March 3, 2020.

   **Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated: July 14, 2020                                        By the Court,

*(signed) Henry W. Van Eck*

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: KarenDavis, Deputy Clerk

ordsmiss (05/18)