```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                  Case No. 20-00774-HWV
Monica Lafrances Altamura                                               Chapter 13
         Debtor              CERTIFICATE OF NOTICE
District/off: 0314-1              User: AutoDocke                Page 1 of 1                  Date Rcvd: Jul 17, 2020
                                  Form ID: pdf010                Total Noticed: 17
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 19, 2020.
```
db              +Monica Lafrances Altamura,    959 Brechin Ln,    York, PA 17403-9037
cr              +Regents Glen Community Association,    1720 S. Queen St.,   Suite 130,   York, PA 17403-4632
5307325          Department of Revenue,    1 Revenue Place,   Harrisburg, PA 17129-0001
5326794         +PennyMac Loan Services, LLC,    P.O. Box 2410,    Moorpark, CA 93020-2410
5307328         +Pennymac Loan Services,    P.O. Box 514387,   Los Angeles, CA 90051-4387
5312008         +Regents Glen Community Association,    1720 S. Queen St. #130,    York, PA 17403-4632
5307329         +Regents Glen HOA,    c/o CGA,   135 N. George Street,    York, PA 17401-1135
5307330         +Stonebridge HOA,    c/o CGA law firm,    135 N. George Street,    York, PA 17401-1132
5312042         +Stonegate at Regents Glen Homeowners Association,    1720 S. Queen St., #130,
                  York, PA 17403-4632
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 17 2020 19:49:19
                  PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5319212          E-mail/Text: ebnnotifications@creditacceptance.com Jul 17 2020 19:32:17    Credit Acceptance,
                  25505 W 12 Mile Rd,   Southfield, MI 48034
5307326         +E-mail/PDF: pa_dc_ed@navient.com Jul 17 2020 19:38:48     Dept of Ed / Navient,    Claims,
                  PO Box 9635,   Wilkes Barre, PA 18773-9635
5307327          E-mail/Text: sbse.cio.bnc.mail@irs.gov Jul 17 2020 19:32:22    Internal Revenue Service,
                  Centralized Insolvency Operation,    Post Office Box 7346,   Philadelphia, PA 19101-7346
5310187         +E-mail/Text: GUARBKe-courtdocs@ascendiumeducation.org Jul 17 2020 19:32:15
                  Navient Solutions, LLC on behalf of,    Ascendium Education Solutions, Inc.,   PO Box 8961,
                  Madison, WI 53708-8961
5307381         +E-mail/PDF: gecsedi@recoverycorp.com Jul 17 2020 19:38:44     Synchrony Bank,
                  c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5309220          E-mail/PDF: OGCRegionIIIBankruptcy@hud.gov Jul 17 2020 19:38:33
                  U.S. Department of Housing and Urban Development,    The Wanamaker Building,
                  100 Penn Square East, 11th Floor,    Philadelphia, PA 19107-3380
5307331         +E-mail/Text: kcm@yatb.com Jul 17 2020 19:32:18    York Adams Tax Bureau,    PO BOX 15627,
                  York, PA 17405-0156
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +Stonegate at Regents Glen Homeowners Association,    1720 S. Queen St. #130,
                  York, PA 17403-4632
                                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 17, 2020 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Dawn Marie Cutaia    on behalf of Debtor 1 Monica Lafrances Altamura dmcutaia@gmail.com,
               cutaialawecf@gmail.com;3479@notices.nextchapterbk.com;r46159@notify.bestcase.com
              Elizabeth Haley Rohrbaugh    on behalf of Creditor    Stonegate at Regents Glen Homeowners
               Association hrohrbaugh@cgalaw.com,    kbrayboy@cgalaw.com,rminello@cgalaw.com,tlocondro@cgalaw.com,
               jrosenau@cgalaw.com
              Elizabeth Haley Rohrbaugh    on behalf of Creditor    Regents Glen Community Association
               hrohrbaugh@cgalaw.com,    kbrayboy@cgalaw.com,rminello@cgalaw.com,tlocondro@cgalaw.com,
               jrosenau@cgalaw.com
              James Warmbrodt    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 6
```

UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
MONICA LAFRANCES ALTAMURA, :
    Debtor : CASE NO. 1:20-bk-00774-HWV

## ORDER REINSTATING CASE

**AND NOW**, upon consideration of Debtor's Motion to Reconsider Order Dismissing Case, said Motion is hereby granted and upon Receipt of Debtor's Filing Fee, Debtor's case is reinstated.

Dated: July 17, 2020

By the Court,

*/s/ Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge (LS)