IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Monica Lafrances Altamura
                Debtor(s)                CHAPTER 13

PENNYMAC LOAN SERVICES, LLC
                Movant
vs.
                NO. 20-00774 HWV

Monica Lafrances Altamura
                Debtor(s)

Charles J. DeHart, III Esq.
                Trustee
                                  11 U.S.C. Section 362

## ANSWER TO MOTION OF PENNYMAC LOAN SERVICES, LLC FOR RELIEF FROM THE AUTOMATIC STAY UNDER SECTION 362

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Denied. Debtor paid the August 2020 and September 2020 mortgage payments via ACH on October 9, 2020.

7. Denied.

8. Denied.

9. No response is required as this is a request for relief.

10. Denied.

WHEREFORE, Debtor respectfully requests this Honorable Court dismiss the Motion for Relief from Stay.

Respectfully Submitted:

/s/ Dawn M. Cutaia
Attorney for Debtor
Supreme Court ID 77965
717-304-1841
dmcutaia@gmail.com