# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     MONICA LAFRANCES ALTAMURA


Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
                Movant

vs.

MONICA LAFRANCES ALTAMURA


Respondent(s)

CHAPTER 13


CASE NO: 1-20-00774-HWV

### TRUSTEE'S MOTION TO DISMISS CASE

COMES NOW, on November 15, 2021, Jack N. Zaharopoulos, Esquire, Standing Chapter 13 Trustee, through his attorney James K. Jones, Esquire moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

Dated:   <u>November 15, 2021</u>                      Respectfully submitted,

<u>/s/   James K. Jones, Esquire</u>
<u>ID:  39031</u>
Attorney for Movant
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone:  (717) 566-6097
Fax:  (717) 566-8313
eMail:  jjones@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:    MONICA LAFRANCES ALTAMURA

                                        CHAPTER 13

        Debtor(s)

        JACK N. ZAHAROPOULOS
        CHAPTER 13 TRUSTEE                CASE NO: 1-20-00774-HWV
               Movant

**<u>NOTICE</u>**

NOTICE IS HEREBY GIVEN THAT Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

                          December 8, 2021 at 09:35 AM
                          Bankruptcy Courtroom
                          Ronald Reagan Federal Bldg
                          3rd Floor, 228 Walnut Street
                          Harrisburg, PA 17101

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1.    You have paid the following and have confirmed payment with Trustee Zaharopoulos's office.

**AMOUNT DELIQUENT AS OF LAST MONTH: $ 2912.72**
**AMOUNT DUE FOR THIS MONTH: $1070.68**
**TOTAL AMOUNT DUE <u>BEFORE</u> HEARING DATE: $3983.40**

**NOTE:**
        **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

        **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

        If **submitting payment by U.S. First Class Mail** mail to**:**
                **CHAPTER 13 TRUSTEE, PO BOX 6008, MEMPHIS, TN 38101-6008**

        If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2.    You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed with the Court, or

3.    You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.


**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE.  THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Jack N. Zaharopoulos, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097
eMail:  info@pamd13trustee.com

Dated:  November 15, 2021

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    MONICA LAFRANCES ALTAMURA

                                    CHAPTER 13

       Debtor(s)

       JACK N. ZAHAROPOULOS                 CASE NO: 1-20-00774-HWV
       CHAPTER 13 TRUSTEE
              Movant

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on November 15, 2021, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties at Hummelstown, PA, unless served electronically.

                             Served Electronically

DAWN MARIE CUTAIA, ESQUIRE                  UNITED STATES TRUSTEE
115 EAST PHILADELPHIA STREET                SUITE 1190
YORK, PA  17401-                            228 WALNUT STREET
                                            HARRISBURG, PA  17101

                             Served by First Class Mail

MONICA LAFRANCES ALTAMURA
959 BRECHIN LN
YORK, PA  17403

I certify under penalty of perjury that the foregoing is true and correct.

Date:  November 15, 2021

                             Bobbie Weigel
                             for Jack N. Zaharopoulos, Trustee
                             Suite A, 8125 Adams Dr.
                             Hummelstown, PA  17036
                             Phone:  (717) 566-6097
                             eMail: info@pamd13trustee.com

## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    MONICA LAFRANCES ALTAMURA

                                   CHAPTER 13

           Debtor(s)

           JACK N. ZAHAROPOULOS
           CHAPTER 13 TRUSTEE
                 Movant                    CASE NO: 1-20-00774-HWV

           vs.

           MONICA LAFRANCES ALTAMURA     MOTION TO DISMISS

## <u>ORDER DISMSSING CASE</u>

       Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.  The Court retains jurisdiction to rule on any timely filed fee application.