# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Monica Lafrances Altamura<br>Debtor | Chapter 13<br><br>20-00774 |
| Monica Lafrances Altamura<br>Movant | |

## MOTION TO AUTHORIZE WAGE ATTACHMENT

**COME NOW**, the Debtor, by and through counsel, Dawn M. Cutaia, of Fresh Start Law, PLLC, and respectfully represents:

1. The Debtor, Monica L. Altamura, filed a Chapter 13 bankruptcy petition on February 29, 2020

2. The Debtor receives regular income from employment with Baltimore City Public School System

3. The likelihood of success in this case will increase if the Motion for Wage Attachment Is granted.

4. The Debtor consents to the wage attachment.

**WHEREFORE**, Debtor respectfully requests this Honorable Court enter an Order directing the above-mentioned employer to Pay Trustee in the amount set forth in the attached order.

Respectfully Submitted,

/s/ Dawn M. Cutaia
Attorney for Debtor
1701 W. Market Street York, PA 17404
Supreme Court ID: 77965
dmcutaia@gmail.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Monica Lafrances Altamura<br>Debtor | Chapter 13<br><br>20-00774 |
| Monica Lafrances Altamura<br>Movant | |

### ORDER TO PAY TRUSTEE

**AND NOW**, upon consideration of the above-referenced Debtor having filed a Petition under Chapter 13 of the Bankruptcy Code and Having submitted all future income to the jurisdiction of this Court in accordance with statute,

**IT IS HEREBY ORDERED** that until further Order of this Court:

**Baltimore County School District**
**6901 N. Charles Street, Building E, Towson, MD 21204**

**Employee ID employee ID#0000034617:**

**Shall deduct from MONICA ALTAMURA bi-weekly pay the sum of $80.01** beginning with the first pay in **July, 2022**, and deduct this same amount each pay thereafter, including any period from which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or any benefits payable to the above Debtor and remit the deducted sums to:

Jack N. Zaharopoulos
Chapter 13 Trustee
P.O. Box 6008
Memphis, TN 38101-6008

**IT IS FURTHER ORDERED** that checks issued to the Trustee pursuant to this Order shall include the above captioned case number on the face of the check.

**By the Court:**