UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  CASE NO. 20-00774

**MONICA LAFRANCES ALTAMURA**

Debtor (s)  Chapter 13

### CERTIFICATE OF SERVICE

I, Dawn M. Cutaia, of Fresh Start Law, PLLC, hereby certify that on 6/14/2022, a true and correct copy of the foregoing **Motion to Modify, Form 3015 2a, 4th amended plan and Notice,** was served by first-class mail, postage prepaid on the following parties:

U.S. Department of Housing and Urban Development
The Wanamaker Building
100 Penn Square East, 11th Floor
Philadelphia, PA 19107–3380

Respectfully Submitted:

/s/ Dawn M. Cutaia
Fresh Start Law, PLLC
1701 West Market Street
York, PA 17404