UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  CASE NO. 20-00774

**MONICA LAFRANCES ALTAMURA**

Debtor (s)  Chapter 13

### CERTIFICATE OF SERVICE

I, Dawn M. Cutaia, of Fresh Start Law, PLLC, hereby certify that on 6/14/2022, a true and correct copy of the foregoing **MOTION TO AUTHORIZE WAGE ATTACHMENT,** was served by first-class mail, postage prepaid on the following parties:

Baltimore County School District
6901 N. Charles Street
Building E
Towson, MD 21204

Respectfully Submitted:

/s/ Dawn M. Cutaia
Fresh Start Law, PLLC
1701 West Market Street
York, PA 17404