# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Monica Lafrances Altamura,   Chapter   13

**Debtor 1**

Case No.   1:20–bk–00774–HWV

### Order Approving Motion to Modify Plan

Upon consideration of Debtor's Motion to Modify Plan (the "Motion"), and following notice and an opportunity for a hearing, and there being no objection or response to the Motion, the Debtor's Motion is **GRANTED**.

By the Court,

*/s/ Henry W. Van Eck*
_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: August 24, 2022