IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Case No. 1:20-bk-00774-HWV |
| MONICA LAFRANCES ALTAMURA, | : | Chapter 13 |
|     Debtor | : | |

___

| | | |
|---|---|---|
| STONEGATE AT REGENTS' GLEN | : | |
| HOMEOWNERS' ASSOCIATION, INC., | : | |
|     Movant | : | |
| | : | |
|     v. | : | Motion for Relief from Automatic Stay |
| | : | by Stonegate at Regents' Glen |
| | : | Homeowners' Association, Inc. |
| MONICA LAFRANCES ALTAMURA | : | |
|     Respondent | : | |

## NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY

Stonegate at Regents' Glen Homeowners' Association, Inc. has filed papers with the Court for Relief from Automatic Stay.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant this Relief from Automatic Stay, or if you want the Court to consider your views on the Motion, then on or before **March 30, 2023**, you or your attorney must:

File with the Court a written request for a hearing {*or, if the Court requires a written response, an answer, explaining your position*} at:

    Office of the Clerk
    United States Bankruptcy Court for the Middle District of PA
    Ronald Reagan Federal Building
    228 Walnut Street, Room 320
    Harrisburg, PA 17101-1737

If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.

You must also mail a copy to:

**Movant's Attorney:**
Aaron S. Marines, Esquire
Russell, Krafft & Gruber, LLP
Hempfield Center, Suite 300
930 Red Rose Court,
Lancaster, PA 17601

**Debtor's Attorney:**
Dawn M. Cutaia, Esquire
dmcutaia@gmail.com

**Debtors:**
Monica Lafrances Altamura
959 Brechin Drive
York, PA 17403

**Trustee:**
Jack N. Zaharapoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036

**United States Trustee:**
Office of the United States Trustee
Middle District of Pennsylvania
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

Attend the hearing scheduled to be held **on April 18, 2023, at 9:30 a.m.** at U.S. Courthouse, 1501 N. 6th St. Harrisburg, Pennsylvania 17101.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an Order granting that relief.

        RUSSELL, KRAFFT & GRUBER, LLP

        /s/ Aaron S. Marines

Date: 3/16/2023        By:_____
        Aaron S. Marines, Esquire
        Attorney I.D. #85728
        Hempfield Center, Suite 300
        930 Red Rose Court
        Lancaster, PA 17601
        (717) 293-9293

## CERTIFICATION OF SERVICE

I hereby certify that I am this day serving upon the persons and in the manner indicated below, the Notice of Motion for Relief of Automatic Stay, which service satisfies the requirement of Bankruptcy Rule 4001(a)(1):

Service by ECF, Email, or First Class Mail Addressed as Follows:

**Debtor's Attorney:**
Dawn M. Cutaia, Esquire
dmcutaia@gmail.com

**Debtors:**
Monica Lafrances Altamura
959 Brechin Drive
York, PA 17403

**Trustee:**
Jack N. Zaharapoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036

**United States Trustee:**
Office of the United States Trustee
Middle District of Pennsylvania
228 Walnut Street, Suite 1190
Harrisburg, PA 17101