IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Case No. 1:20-bk-00774-HWV |
| MONICA LAFRANCES ALTAMURA, | : | Chapter 13 |
| Debtor | : | |
| | | |
| REGENTS' GLEN | : | |
| HOMEOWNERS' ASSOCIATION, INC., | : | |
| Movant | : | |
| | : | |
| v. | : | Motion for Relief from Automatic Stay |
| | : | by Regents' Glen Homeowners' |
| | | Association, Inc. |
| | : | |
| MONICA LAFRANCES ALTAMURA | : | |
| Respondent | : | |

**DEBTOR'S ANSWER TO MOTION FOR RELIEF
FROM AUTOMATIC STAY**

AND this 28th day of March, 2023, the Debtor, by and through her attorney, Dawn Marie Cutaia, files this Answer as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. Admitted.

8. Admitted that it is Debtor's primary residence.

9. Admitted in part; Denied in part. Debtor is behind but she is not sure of the amount.

10. Admitted.

11. Admitted that Debtor is behind; she is not sure of the exact amount.

12. Admitted.

13. Denied.

14. Admitted.

15. Denied.

16. Admitted.

17. As provided herein, the amount due to Movant will increase each month.

18. Denied.

Wherefore Debtor respectfully requests this Honorable Court dismiss the Motion for Relief and allow Debtor to cure any post-petition arrears that may have accrued through an amended Plan.

Respectfully submitted,

/s/ Dawn Marie Cutaia  
Attorney for Debtor  
717-304-1841  
dmcutaia@gmail.com
