# LOCAL BANKRUPTCY FORM 9019-1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** <br> **MONICA LAFRANCES ALTAMURA** <br><br> Debtor <br><br> **STONEGATE AT REGENTS' GLEN HOMEOWNERS' ASSOCIATION, INC.** <br><br> Plaintiff/ Movant <br><br> vs. <br> **MONICA LAFRANCES ALTAMURA** <br><br> Defendant/ Respondent | **CHAPTER** 13 <br> **CASE NO.** 1:20-bk-00774-HWV <br> **ADV. NO.** - -ap- <br> **NATURE OF PROCEEDING:** Motion for Relief from Automatic Stay <br> **DOCUMENT No.** Enter text |

## REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST*

CHECK ONE:

☐ The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

☒ The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).

    ☒ Thirty (30) days.
    ☐ Forty-five (45) days.
    ☐ Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: April 17, 2023          /s/ Aaron S. Marines

                                     Attorney for:     Stonegate at Regents' Glen Homeowners' Association, Inc.

*No alterations or interlineations of this document are permitted. This request must be filed twenty-four (24) hours prior to the hearing.