IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Case No. 1:20-bk-00774-HWV |
| MONICA LAFRANCES ALTAMURA, | : | Chapter 13 |
|    Debtor | : | |

___

| | | |
|---|---|---|
| REGENTS' GLEN COMMUNITY | : | |
| ASSOCIATION, INC., | : | |
|    Movant | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| MONICA LAFRANCES ALTAMURA | : | |
|    Respondent | : | |

## **CERTIFICATION OF DEFAULT**

I, Aaron S. Marines, Esquire, attorney for Movant, certify that the Debtor has defaulted upon the terms of the attached Stipulation filed on April 19, 2023. **Exhibit A.** It is further certified that the attached notice dated October 10, 2023 was served upon the Debtor and Debtor's Attorney on said date. **Exhibit B**. Subsequent to said notice, the Debtor has failed to cure the default. Accordingly, the Court shall enter the attached Order granting the Movant relief from the automatic stay.

                                                RUSSELL, KRAFFT & GRUBER, LLP

                                                /s/ Aaron S. Marines
                                By:_____
                                         Aaron S. Marines
                                         Attorney I.D. #85728
                                         101 North Pointe Boulevard, Suite 202
                                         Lancaster, PA 17601
                                         (717) 293-9293

# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Case No. 1:20-bk-00774-HWV |
| MONICA LAFRANCES ALTAMURA, | : | Chapter 13 |
| Debtor | : | |
| | | |
| REGENTS' GLEN COMMUNITY ASSOCIATION, INC., | : : | |
| Movant | : | |
| | : | |
| v. | | Stipulation in Settlement for Motion for Relief from Automatic Stay |
| | : | by Regents' Glen Community |
| | : | Association, Inc. |
| MONICA LAFRANCES ALTAMURA | : | |
| Respondent | : | |

## STIPULATION IN SETTLEMENT OF

## MOTION FOR RELIEF FROM AUTOMATIC STAY

It is hereby stipulated by and between Aaron S. Marines, Esquire and Russell, Krafft & Gruber, LLP, attorneys for Movant, Regents' Glen Community Association, Inc., and Dawn Marie Cutaia, Esquire, attorney for Debtor/Respondent, Monica LaFrances Altamura, as follows:

1. The automatic stay of bankruptcy shall remain in full force and effect conditioned upon compliance with the terms of this Stipulation.

2. This Stipulation pertains to the property with an address of 959 Beechin Lane, York, PA 17403 (the "Unit").

3. The Parties agree that the post-petition arrearage amount of amount of $1,481.08 will be added to the Claim of the Movant, Regents' Glen Community Association, Inc.

4. The Debtor agrees to file an amended Plan within thirty (30) days to add the post-petition arrearage amount to adjust the payments to the Movant under the Plan.

{02034657-1 }

Case 1:20-bk-00774-HWV    Doc 126    Filed 02/29/24    Entered 02/29/24 15:06:48    Desc
Main Document         Page 3 of 6

5. Should the Debtor/Respondent fail to pay the regularly due association assessments due after the entry of this stipulation directly to the Movant, Movant shall send Debtor/Respondent, by first class mail, and his counsel, by email, notice of default of this Stipulation. If the default is not cured within ten (10) days of the date of that Notice, Movant shall file a Certification of Default with the Court, and the Court shall enter an Order granting relief from the automatic stay. The Motion for Relief from Automatic Stay will waive Federal Rules of Bankruptcy Procedure 3002.1 and 4001(a)(3) so that such Order granting relief from the automatic stay is immediately effective and enforceable by Movant.

6. The parties request that this Court sign and docket an Order Approving the Stipulation in Settlement of the Motion for Relief.

Respectfully submitted,
RUSSELL, KRAFFT & GRUBER, LLP

/s/ Aaron S. Marines

By:_____
Aaron S. Marines, Esquire
Attorney I.D. #85728
Hempfield Center, Suite 300
930 Red Rose Court
Lancaster, PA 17601
(717) 293-9293

FRESH START LAW, LLC

By:_____
Dawn Marie Cutaia, Esquire
Attorney I.D. #77965
Fresh Start Law, LLC
1701 W. Market St.
York, PA 17404
(717) 304-1841

# EXHIBIT B



101 North Pointe Boulevard
Suite 202
Lancaster, Pennsylvania 17601
(717) 293-9293
Fax (717) 293-5130

Aaron S. Marines, Esquire
asm@rkglaw.com

October 10, 2023

**VIA EMAIL ONLY**
Dawn Marie Cutaia, Esquire
Fresh Start Law, LLC
1701 W. Market St.
York, PA 17401

**VIA FIRST CLASS MAIL**
Ms. Monica Altamura
959 Brechin Lane
York, PA 17403

RE: Notice of Default of Stipulation in Settlement of Motion for Relief

Dear Dawn and Ms. Altamura:

My client, Regents' Glen Community Association, Inc. (the "Association"), has informed me that you have failed to make your regular, post-petition, monthly assessment payments in violation of April 2023 Stipulation in Settlement.

Please allow this letter to serve as a ten day notice of your default of the Stipulation. If the default is not cured within ten days of this notice, the Association will request an order to remove the property from the protection of the automatic stay.

UNLESS YOU DISPUTE THIS CLAIM OR ANY PART THEREOF WITHIN THIRTY (30) DAYS AFTER THE RECEIPT OF THIS NOTICE, THE DEBT WILL BE PRESUMED TO BE VALID. SHOULD YOU NOTIFY THIS OFFICE IN WRITING THAT YOU WILL CONTEST THE DEBT OR ANY PART THEREOF, VERIFICATION OF THE CLAIM WILL BE PROVIDED TO YOU WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR, IF DIFFERENT FROM THE CURRENT CREDITOR. THE PURPOSE OF THIS COMMUNICATION IS TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Having been so advised, please govern yourselves accordingly.

Very truly yours,

*Aaron S Marines*

Aaron S. Marines

Enclosure(s)
cc: Ms. Joy Jackson (via email)

{02128742-1} Ephrata Office: 108 West Main Street, Ephrata, Pennsylvania 17522 (717) 733-9500 Fax (717) 738-4256
Willow Street Office: 200 Willow Valley Square, Lancaster, Pennsylvania 17602 (717) 464-2223
www.rkglaw.com • www.lancasterlawblog.com

Case 1:20-bk-00774-HWV   Doc 126   Filed 02/28/24   Entered 02/28/24 11:16:21   Desc
Main Document   Page 6 of 6