

August 8, 2024

#BWCDMPG
#23350361# BK
US Bankruptcy Court
Middle District of Pennsylvania
Sylvia H. Rambo U.S. Courthouse
1501 North 6th Street
Harrisburg, PA 17102

RE:  Monica L. Altamura
     Case #  20-00774
     Claim # 3

Dear Sir or Madam:

On March 9, 2020, Proof of Claim # 3 was filed in the amount of $18,707.19.  Please accept this letter as a formal request to withdraw Proof of Claim # 3.

If you have questions, please contact us at 800-874-8982.

Thank you in advance for your assistance.

Sincerely,

/s/ Jeanine Peterson
Bankruptcy Administration
Ascendium Education Solutions, Inc.
PO Box 8961
Madison WI  53708-8961
Phone: 800-874-8982
Email:  GA-Bankmail@AscendiumEducation.org

Ascendium Education Solutions, Inc.
38 Buttonwood Court
Madison, Wisconsin 53718
608.733.2500 | ascendiumeducation.org