IN THE UNITED STATES BANKRUPTCY COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Monica Lafrances Altamura<br>Debtor | Chapter 13<br><br>20-00774 |
| Monica Lafrances Altamura<br>Movant | |

## MOTION TO AUTHORIZE WAGE ATTACHMENT

**COME NOW**, the Debtor, by and through counsel, Dawn M. Cutaia, of Fresh Start Law, PLLC, and respectfully represents:

1. The Debtor, Monica L. Altamura, filed a Chapter 13 bankruptcy petition on February 29, 2020

2. The Debtor filed a Motion for Wage Attachment on June 13, 2022, which was granted on the same day.

3. The Debtor has only one payment remaining, and she will make that payment manually.

**WHEREFORE**, Debtor respectfully requests this Honorable Court enter an Order terminating the wage attachment Order dated June 13, 2022.

Respectfully Submitted,

By: **/s/ Dawn M. Cutaia**
**Attorney for Debtor**
**Fresh Start Law, PLLC**
Supreme Court ID 77965
Attorney for Debtor
717-304-1841
dmcutaia@gmail.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Monica Lafrances Altamura<br>Debtor | Chapter 13<br><br>20-00774 |
| Monica Lafrances Altamura<br>Movant | |

### ORDER TERMINATING WAGE ATTACHMENT

**AND NOW,** upon consideration of Debtor's Motion to Terminate Wage Attachment, the wage attachment Order entered on June 14, 2022, is hereby **TERMINATED.**

                                      **By the Court**