In re:     Case No. 20-00774-HWV

Monica Lafrances Altamura     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2

Date Rcvd: Dec 11, 2025     Form ID: fnldecnd     Total Noticed: 18

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Monica Lafrances Altamura, 959 Brechin Ln, York, PA 17403-9037 |
| cr | + | Regents Glen Community Association, 1720 S. Queen St., Suite 130, York, PA 17403-4632 |
| 5312008 | + | Regents Glen Community Association, 1720 S. Queen St. #130, York, PA 17403-4632 |
| 5307329 | + | Regents Glen HOA, c/o CGA, 135 N. George Street, York, PA 17401-1135 |
| 5307330 | + | Stonebridge HOA, c/o CGA law firm, 135 N. George Street, York, PA 17401-1132 |
| 5312042 | + | Stonegate at Regents Glen Homeowners Association, 1720 S. Queen St., #130, York, PA 17403-4632 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Dec 11 2025 18:39:00 | Ascendium Education Solutions, Inc, PO Box 8961, Madison, WI 53708 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 11 2025 18:47:02 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5319212 | | Email/Text: ebnnotifications@creditacceptance.com | Dec 11 2025 18:39:00 | Credit Acceptance, 25505 W 12 Mile Rd, Southfield, MI 48034 |
| 5307325 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 11 2025 18:40:00 | Department of Revenue, 1 Revenue Place, Harrisburg, PA 17129-0001 |
| 5307326 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Dec 11 2025 18:47:34 | Dept of Ed / Navient, Claims, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 5307327 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 11 2025 18:39:00 | Internal Revenue Service, Centralized Insolvency Operation, Post Office Box 7346, Philadelphia, PA 19101-7346 |
| 5310187 | + | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Dec 11 2025 18:39:00 | Navient Solutions, LLC on behalf of, Ascendium Education Solutions, Inc., PO Box 8961, Madison, WI 53708-8961 |
| 5326794 | + | Email/PDF: ebnotices@pnmac.com | Dec 11 2025 18:57:53 | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 5307328 | + | Email/PDF: ebnotices@pnmac.com | Dec 11 2025 18:57:53 | Pennymac Loan Services, P.O. Box 514387, Los Angeles, CA 90051-4387 |
| 5307381 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 11 2025 18:47:35 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5309220 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Dec 11 2025 18:47:33 | U.S. Department of Housing and Urban Development, The Wanamaker Building, 100 Penn Square East, 11th Floor, Philadelphia, PA 19107-3380 |
| 5307331 | + | Email/Text: kcm@yatb.com | Dec 11 2025 18:39:00 | York Adams Tax Bureau, PO BOX 15627, York, PA 17405-0156 |

TOTAL: 12

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Stonegate at Regents Glen Homeowners Association, 1720 S. Queen St. #130, York, PA 17403-4632 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 13, 2025            Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron S. Marines | on behalf of Creditor Stonegate at Regents Glen Homeowners Association asm@rkglaw.com mjg@rkglaw.com;dls@rkglaw.com |
| Aaron S. Marines | on behalf of Creditor Regents Glen Community Association asm@rkglaw.com mjg@rkglaw.com;dls@rkglaw.com |
| Dawn Marie Cutaia | on behalf of Debtor 1 Monica Lafrances Altamura dmcutaia@gmail.com cutaialawecf@gmail.com,R46159@notify.bestcase.com,kelley.freshstartlaw@gmail.com;r46159@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth Haley Rohrbaugh | on behalf of Creditor Stonegate at Regents Glen Homeowners Association hrohrbaugh@cgalaw.com kbrayboy@cgalaw.com,rminello@cgalaw.com,ephillips@cgalaw.com,rshearer@cgalaw.com,jhall@cgalaw.com |
| Elizabeth Haley Rohrbaugh | on behalf of Creditor Regents Glen Community Association hrohrbaugh@cgalaw.com kbrayboy@cgalaw.com,rminello@cgalaw.com,ephillips@cgalaw.com,rshearer@cgalaw.com,jhall@cgalaw.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| James Warmbrodt | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com |
| Matthew K. Fissel | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 10

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Monica Lafrances Altamura,<br>**Debtor 1** | Chapter | 13 |
| | Case No. | 1:20−bk−00774−HWV |

Social Security No.:
xxx−xx−8553

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Jack N Zaharopoulos**

is discharged as trustee of the estate of the above named debtor(s); the case is closed without a discharge having been issued for **Monica Lafrances Altamura** in accordance with §1328 of the Bankruptcy Code.

By the Court,

*Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: December 11, 2025

**fnldec** (01/22)